No. 02–5444. NWANERI v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–5445. EASTERLING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5446. BATTEN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5447. LONDONO-RODAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5448. LOPEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5449. LEGG v. SPRING GROVE HOSPITAL. C. A. 4th Cir. Certiorari denied.

No. 02–5450. LIGHTNER-EL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5451. OCHOA-CEJA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5452. MCKNEELY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5453. MORO v. MORO. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 02–5454. RUSSELL v. HICKMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–5455. RANDALL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–5456. RANDY v. STEPP, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–5457. SANDERS v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 02–5458. RICHARD v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.